**Mary Jo RHODENBAUGH, Betty Pritchett, and Desiree Ortiz, individually and on behalf of a class of all others similarly situated as defined herein, Respondents,**

**Christopher Batman and David M. Landay, Appellants,**

v.

**CVS PHARMACY, INC., and CVS Caremark Corporation, Respondents.**

Nos. WD 74397, WD 74419.

Missouri Court of Appeals, Western District.

Aug. 14, 2012.

John F. Edgar and Anthony E. LaCroix, Kansas City, MO, for Respondents, Rhodenbaugh, Pritchett, and Ortiz, individually and on behalf of a class of all others similarly situated as defined herein.

Christopher Batman, Corpus Christi, TX, Appellant, pro se.

Christopher A. Wright, St. Louis, MO, Paul A. Lagnese (Pro Hac Vice) and James M. Pietz (Pro Hac Vice), Pittsburgh, PA, for Appellant, David M. Landay.

Roman P. Wuller and Stephen A. D'Aunoy, St. Louis, MO, for Respondents, CVS Pharmacy, Inc., and CVS Caremark Corporation.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Christopher Batman and David Landay appeal the judgment of the Circuit Court of Jackson County, Missouri, approving the class-action settlement agreement. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).[1]

---

1. CVS's and Rhodenbaugh's motions to dismiss the appeals of Landay and Batman, which were taken with the case, are denied.